# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>J. TIMOTHY FATTIG, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01868-APG-NJK<br><br>ORDER<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on the long form for standard civil cases. Docket No. 1. Plaintiff is an inmate at High Desert State Prison. *See, e.g.*, Docket No. 1-1 at 2. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis* <u>specific to inmates</u>, including an inmate account statement for the past six months and a properly executed financial certificate.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's pending application to proceed *in forma pauperis* is **DENIED** without prejudice.

2. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis* for inmates, including an inmate account statement for the past six months and a properly executed financial certificate.

3. The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

Plaintiff must comply with this order no later than December 7, 2022.  **Failure to comply will result in a recommendation to the District Judge that this case be dismissed**.

IT IS SO ORDERED.

Dated: November 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge