# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>  Plaintiff(s),<br><br>v.<br><br>J. TIMOTHY FATTIG, et al.,<br><br>  Defendant(s). | Case No. 2:22-cv-01868-APG-NJK<br><br>ORDER<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff's motion to extend the deadline to file a completed application to proceed *in forma pauperis*. Docket No. 4. For good cause shown, that motion is **GRANTED** and the deadline to file a completed application to proceed *in forma pauperis* is **EXTENDED** to January 22, 2023.

IT IS SO ORDERED.

Dated: December 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge