1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTONIO CASTANEDA,

      Plaintiff(s),

v.

J. TIMOTHY FATTIG, et al.,

      Defendant(s).

Case No. 2:22-cv-01868-APG-NJK

**REPORT AND RECOMMENDATION**[1]

[Docket No. 6]

12

13

      Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.  Docket No. 6.

14

15

16

17

18

19

      Plaintiff's available funds exceed the full filing fee of $402.  *Id.* at 3.  Therefore, Plaintiff does not qualify for *in forma pauperis* status and must pay the entire filing fee now.  *See id.* (section (2)(a) providing that the full filing fee is due if the current account balance is $402 or more and that the full filing fee amount must be paid before the case proceeds); *see also* 28 U.S.C. § 1915(a)(1) (a prisoner applying to proceed *in forma pauperis* must demonstrate "that the person is unable to pay such fees").[2]

20

21

22

23

24

25

26

27

28

---

[1] The Ninth Circuit has held that denial of a request to proceed *in forma pauperis* is a matter beyond a magistrate judge's authority, *Tripati v. Rison*, 847 F.2d 548, 549 (9th Cir. 1988), so the undersigned issues this report and recommendation to the assigned district judge.

[2] Even were Plaintiff to qualify to proceed *in forma pauperis*, the full filing fee would need to be paid in installments over time.  28 U.S.C. § 1915(b).

1    Accordingly, the undersigned recommends that Plaintiff's application to proceed *in forma*

2 *pauperis* be **DENIED** and that Plaintiff be required to pay the full filing fee of $402 before this

3 case proceeds further.[3]

4    Dated: January 6, 2023

5    _____

6    Nancy J. Koppe
     United States Magistrate Judge

7

8                               **NOTICE**

9    This report and recommendation is submitted to the United States District Judge assigned

10 to this case pursuant to 28 U.S.C. § 636(b)(1).   A party who objects to this report and

11 recommendation must file a written objection supported by points and authorities within fourteen

12 days of being served with this report and recommendation.   Local Rule IB 3-2(a).   Failure to file

13 a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951

14 F.2d 1153, 1157 (9th Cir. 1991).

15

16

17

18

19

20

21

22

23

24

25

26  _____
          [3] Nothing herein should be construed as indicating that Plaintiff's case can proceed on its
27 merits once the filing fee has been paid. *See* 28 U.S.C. § 1915A (governing screening of prisoner
    complaints against government entities, officers, or employees).   The undersigned will address
28 screening at a later junction as appropriate.

                                        2