UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>　　　　Plaintiff,<br>v.<br>J. TIMOTHY FATTIG, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-01868-APG-NJK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[ECF Nos. 6, 7] |

　　　On January 6, 2023, Magistrate Judge Koppe recommended I deny plaintiff Antonio Castaneda's renewed application to proceed *in forma pauperis*. ECF No. 7.  Castaneda objected.  ECF No. 8.

　　　I have conducted a de novo review of the issues under Local Rule IB 3-2.  Castaneda's objection does not rebut Judge Koppe's findings or conclusions, or offer any reason why I should not accept her recommendation.  Judge Koppe's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

　　　I THEREFORE ORDER that the Report and Recommendation **(ECF No. 7) is accepted**, and Castaneda application to proceed *in forma pauperis* **(ECF No. 6) is denied**.  Castaneda must pay the full filing fee of $402 before this case proceeds further.  If Castaneda does not pay that fee by **April 7, 2023**, I will dismiss this case without prejudice.

　　　DATED THIS 3rd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE