# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>Plaintiff<br><br>v.<br><br>J. TIMOTHY FATTIG, et al.,<br><br>Defendants | Case No.: 2:22-cv-01868-APG-NJK<br><br>**Order Dismissing Case** |

I previously set an April 7, 2023 deadline for plaintiff Antonio Castaneda to pay the filing fee. ECF No. 9.  I advised Castaneda that if he did not timely pay the fee, I would dismiss this case without prejudice. *Id.*  Castaneda has not paid the fee.

I THEREFORE ORDER that the complaint (ECF No. 1-1) is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

DATED this 13th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE